### CLOUGH ET AL. *v.* MILLER ET AL.

From the Montgomery Circuit Court.

*W. P. Britton, M. W. Bruner, P. S. Kennedy* and *W. T. Brush,* for appellants.

*T. H. Ristine, S. Claypool, H. C. Newcomb* and *W. A. Ketcham,* for appellees.

DOWNEY, C. J.—This case presents the same question decided in *Clough* v. *Thomas, ante,* p. 24, and for the reason there stated the judgment must be reversed.

The judgment is reversed, with costs, and the cause remanded for further proceedings.

Petition for a rehearing overruled.